~~EXHIBIT D~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

THE NEW CENTURY LIQUIDATING
TRUST AND REORGANIZED NEW
CENTURY WAREHOUSE
CORPORATION, by and through Alan M.
Jacobs, Liquidation Trustee and Plan
Administrator,

        Plaintiff,

- against -

KPMG International,

        Defendant.

-----------------------------------------------------------------

CIV. NO.: 1:09-cv-03144-CM

**ECF CASE**

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(A)

To all parties and the Clerk of Court:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice the above-captioned action in its entirety.

Date: ~~November~~ December 9, 2009

By: _____

Steven W. Thomas
Thomas, Alexander & Forrester LLP
14 27th Avenue
Venice, CA 90291
(310) 961-2536

*Counsel for Plaintiff The New Century
Liquidating Trust and Reorganized New
Century Warehouse Corporation*